# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141166 & (19)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                                   SC: 141166
                                                   COA: 295275
                                                   Kent CC: 08-011574-AR

ALAN N. TAYLOR,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the April 21, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for miscellaneous relief is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk